NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEMETRICE PAUL SMITH,    )
            )
    Appellant,    )
            )
v.            )   Case No. 2D18-2710
            )
STATE OF FLORIDA,     )
            )
    Appellee.    )
_____)

Opinion filed January 23, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Collier County; Ramiro Manalich,
Judge.

PER CURIAM.

    Affirmed.  See Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009); Waiter

v. State, 965 So. 2d 861 (Fla. 2d DCA 2007); Steward v. State, 931 So. 2d 133 (Fla. 2d

DCA 2006); Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Paul v. State, 830

So. 2d 953 (Fla. 5th DCA 2002).

NORTHCUTT, SLEET, and SALARIO, JJ., Concur.